THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY SHEFTMAN, Appellant, against EUGENE J. McGUIRE, as Sheriff of Bronx County, Respondent.

Submitted September 28, 1939; decided October 17, 1939.

*Emanuel Redfield* for appellant.

*Martin J. Lyons, Jr.,* for respondent.

*Leo Eckman* for Bernard J. Sheftman, as administrator of the estate of Rebecca Sheftman, deceased, *amicus curiæ.*

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.